UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
MARTIN LUTHER KING, JR. FEDERAL BLDG.
AND U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, NEW JERSEY 07101-0419

Office of The Clerk
One Courthouse Way, Suite 2300
Boston, MA 02210

REPLY TO: Newark

Date: January 27, 2005

Re:        Probation Transfer
           USA    Vs    CIGOLLEN, JESUS
           02:99CR465

Dear Clerk of the Court:

Pursuant to the transfer order enclosed is a certified copy of the
docket entries, Information and Judgment.  The Clerk's Office hereby
certifies that the Record of proceedings is available through ECF.

Thank you for your attention to this matter.

Very truly yours,

WILLIAM T. WALSH
Clerk, USDC

By: _____
Carmen Egipciaco, Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PROBATION OFFICE

FILED
IN CLERKS OFFICE.

2005 FEB -2 P 3: 34

RECEIVED

JAN 24 2005

U.S. PROBATION OFFICE
NEWARK, N.J.

**JOHN M. BOCON**
Chief U.S. Probation Officer

595 Main Street, Room 302
Worcester, MA 01608
(508) 929-9930

January 20, 2005

Randi M. Martorano
U.S. Probation Officer
20 Washington Place, 6th Floor
Newark, NJ 07102

                    RE:    CIGOLLEN, Jesus
                           Transfer of Jurisdiction

Dear Mr. Martorano:

Enclosed please find Probation Form 22, executed by the Honorable William G. Young, Chief U.S.
District Judge, agreeing to accept jurisdiction of this case. Please instruct your Clerk of Courts to
forward all pertinent documents to our clerks office in Boston at the following address:

> Office of the Clerk
> One Courthouse Way, Suite 2300
> Boston, MA 02210

*Please forward clerk's office's file to this address*

Thank you for your assistance in this matter.   If you have any questions, please feel free to contact
me at (508) 929-9934.

                              Sincerely,

                              Michael D. Forman
                              U.S. Probation Officer

MDF:bh

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>99-465-001 |
| | | DOCKET NUMBER *(Rec. Court)*<br>4:05CR40002 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jesus Pascual Cigollen<br>17 Fitch Road<br>Clinton, MA 01510 | DISTRICT<br>New Jersey | DIVISION |
| | NAME OF SENTENCING JUDGE<br><br>William H. Walls | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>12/19/02 | TO<br>12/18/05 |

**OFFENSE**

Conspiracy to Defraud the U.S. (Immigration fraud)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7 December 2004_
**Date**

_[signature]_
**United States District Judge**

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Jan 1, 2005_
**Effective Date**

_William A. Young_
**United States District Judge**

CLOSED, PRIOR

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:99-cr-00465-WHW-1
### Internal Use Only

Case title: USA v. CIGOLLEN    Date Filed: 08/19/1999
Magistrate judge case number: 2:99-mj-06082

---

Assigned to: Judge William H. Walls

## Defendant

**JESUS PASCUAL CIGOLLEN** (1)    represented by **ROBERT R. RACE**
*TERMINATED: 05/17/2000*    139 East 23rd St.
New York, NY 10010
*TERMINATED: 05/17/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts    ## Disposition

18:371 CONSPIRACY TO DEFRAUD
THE UNITED STATES - Immigration
fraud (8:1325(c)&18:2) & False    Impr. 46mos. Supervised Release 3yrs.
Statments (18:1001 & 2) (dof 05/96    Fine $25,000.00
thru 05/97)
(1)

## Highest Offense Level (Opening)

Felony

## Terminated Counts    ## Disposition

18:1001&2 FALSE STATEMENTS
OR ENTRIES GENERALLY    Dismissed.
(2-11)

8:1325(d)&18:2 ILLEGAL ENTRY,
CONCEALMENT OF FACTS    Dismissed.
(12)

## Highest Offense Level (Terminated)

Felony



Certified as a true copy
This Date: 1-27-05
By:
Clerk
Deputy

**Complaints**

**Disposition**

None

---

**Plaintiff**

USA                                   represented by **HOLLY K. KULKA**
                                                     UNITED STATES ATTORNEY'S
                                                     OFFICE
                                                     970 BROAD STREET
                                                     ROOM 702
                                                     NEWARK, NJ 07102
                                                     (973) 645-2920
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/1999 | 1 | COMPLAINT as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, EVELYN ARROYO, MARIA RIVERA [ 2:99-m -6082 ] (nm) (Entered: 08/17/1999) |
| 07/27/1999 | 2 | SEALING ORDER as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, EVELYN ARROYO, MARIA RIVERA filed (Hedges) [ 2:99-m -6082 ] (nm) (Entered: 08/17/1999) |
| 07/27/1999 | | arrest WARRANT issued as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, EVELYN ARROYO [ 2:99-m -6082 ] (nm) (Entered: 08/17/1999) |
| 08/18/1999 | | **Added Government Attorney HOLLY KULKA as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, EVELYN ARROYO, MARIA RIVERA [ 2:99-m -6082 ] (nm) (Entered: 08/20/1999) |
| 08/19/1999 | 14 | INDICTMENT as to JESUS PASCUAL CIGOLLEN (1) count(s) 1, 2-11, 12, ELSA CIGOLLEN (2) count(s) 1, 4, 6-8, 10, THOMAS GARCIA (3) count(s) 1, 2-4, 11, 13, HEIDI PAGAN (4) count(s) 1, 2-4, 9, 20-21, MICHAEL A. WEST (5) count(s) 1, 2, 5, 14, CAROL ANN ACEVEDO (6) count(s) 1, 10, 16-17, EVELYN ARROYO (7) count(s) 1, 8, 10, 15, MARIA RIVERA (8) count(s) 1, 5, 11, 18-19 (th) (Entered: 08/20/1999) |
| 08/19/1999 | | **Added Government Attorney HOLLY KULKA as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, CAROL ANN ACEVEDO, EVELYN ARROYO, MARIA RIVERA (th) (Entered: 08/20/1999) |
| | | |

| 08/23/1999 | 15 | NOTICE OF ALLOCATION AND ASSIGNMENT Setting Arraignment for 9:30 9/7/99 in Courtroom 4D Newark ( before Judge William H. Walls ) (th) (Entered: 08/23/1999) |
|---|---|---|
| 09/07/1999 | 18 | Order for Discovery and Inspection. ( signed by Judge William H. Walls ) (it) (Entered: 09/09/1999) |
| 10/01/1999 | 27 | ORDER as to JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, CAROL ANN ACEVEDO, EVELYN ARROYO, MARIA RIVERA, to Continue in Interests of Justice Time Excluded from 10/1/99 to 11/2/99 in computing time under STA. , reset motion filing deadline to 10/12/99 for JESUS PASCUAL CIGOLLEN, Government Response to motions by all defendants will be filed on of before 10/19/99 and returnable on 10/26/99 , reset Trial with jury for 11/3/99 for JESUS PASCUAL CIGOLLEN, for ELSA CIGOLLEN, for THOMAS GARCIA, for HEIDI PAGAN, for MICHAEL A. WEST, for CAROL ANN ACEVEDO, for EVELYN ARROYO, for MARIA RIVERA ( Signed by Judge William H. Walls ) (jn) (Entered: 10/04/1999) |
| 10/29/1999 | | **Added for JESUS PASCUAL CIGOLLEN Attorney ROBERT R. RACE (it) (Entered: 11/03/1999) |
| 10/29/1999 | 28 | SCHEDULING ORDER/CONTINUANCE as to JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, CAROL ANN ACEVEDO, EVELYN ARROYO, MARIA RIVERA, to Continue in Interests of Justice Time Excluded from 10/29/99 to 11/28/99 , set motion filing deadline for 10/27/99; govt. response 11/9/99; motions returnable on 10/27/99, for JESUS PASCUAL CIGOLLEN, for THOMAS GARCIA, for HEIDI PAGAN, for MICHAEL A. WEST, for CAROL ANN ACEVEDO, for EVELYN ARROYO, for MARIA RIVERA , set Trial with jury for 11/16/99 for JESUS PASCUAL CIGOLLEN, for THOMAS GARCIA, for HEIDI PAGAN, for MICHAEL A. WEST, for CAROL ANN ACEVEDO, for EVELYN ARROYO, for MARIA RIVERA ( Signed by Judge William H. Walls ) (it) (Entered: 11/03/1999) |
| 11/08/1999 | 38 | Minutes of 11/8/99 before Judge William H. Walls as to JESUS PASCUAL CIGOLLEN, Retraction of Plea hearing held. , Guilty: JESUS PASCUAL CIGOLLEN (1) count(s) 1 of Indictment , set Sentencing for 2/2/00 for JESUS PASCUAL CIGOLLEN , Ordered remanding deft (Court Reporter/ESR: YD) (it) (Entered: 11/10/1999) |
| 11/08/1999 | 39 | Plea Agreement as to JESUS PASCUAL CIGOLLEN (it) (Entered: 11/10/1999) |
| 11/08/1999 | 40 | APPLICATION FOR PERMISSION TO ENTER PLEA OF GUILTY by JESUS PASCUAL CIGOLLEN (it) (Entered: 11/10/1999) |
| 11/08/1999 | | **Location LC as to JESUS PASCUAL CIGOLLEN (th) (Entered: 09/27/2000) |
| 05/15/2000 | | #7,EVELYN ARROYO, PAID $100.00 CASH FOR SPECIAL |

| | | ASSESSMENT, RECEIPT # 282074. (jn) (Entered: 05/15/2000) |
|---|---|---|
| 05/15/2000 | 61 | Minutes of 5/15/00 before Judge William H. Walls as to JESUS PASCUAL CIGOLLEN, Sentencing held. JESUS PASCUAL CIGOLLEN (1) count(s) 1 of Indictment (Court Reporter/ESR: YD) (it) (Entered: 05/18/2000) |
| 05/15/2000 | | **Procedural Interval start P9 as to JESUS PASCUAL CIGOLLEN (1) count(s) 2-11, 12, THOMAS GARCIA (3) count(s) 2-4, 11, 13, HEIDI PAGAN (4) count(s) 2-4, 9, 20-21, CAROL ANN ACEVEDO (6) count (s) 10, 16-17, EVELYN ARROYO (7) count(s) 8, 10, 15 (th) (Entered: 06/02/2000) |
| 05/17/2000 | 62 | JUDGMENT JESUS PASCUAL CIGOLLEN (1) count(s) 1 of Indictment. Impr. 46mos. Supervised Release 3yrs. Spec. Condition: 1. deft. Provide the Prob. Office w/full disclosure of his financial records, etc. Fine $25,000.00, etc. Spec. Assessment $100. Ordered deft. remanded. , JESUS PASCUAL CIGOLLEN (1) count(s) 2-11, 12 of Indictment Dismissed. (signed by Judge William H. Walls ) party JESUS PASCUAL CIGOLLEN (it) (Entered: 05/18/2000) |
| 05/17/2000 | | **Termination of defendant, pending deadlines and motions as to JESUS PASCUAL CIGOLLEN as to party ELSA CIGOLLEN (it) (Entered: 05/18/2000) |
| 07/31/2000 | | CJA 20 fowarded to the 3rd Circuit for approval. (it) (Entered: 07/31/2000) |
| 08/06/2003 | 79 | ORDER as to JESUS PASCUAL CIGOLLEN, granting request modifying 5the conditions or term of supervision with the condent of the offender. ( Signed by Judge William H. Walls ) (jn) (Entered: 08/07/2003) |
| 01/24/2005 | 84 | Probation Jurisdiction Transferred to District of Massachusetts as to JESUS PASCUAL CIGOLLEN Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ce, ) (Entered: 01/28/2005) |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :        **CRIMINAL COMPLAINT**

       v.            : :        Case No. 99- 6093 - 01 to - 07

JESUS PASCUAL CIGOLLEN                            FILED
ELSA CIGOLLEN
THOMAS GARCIA                            JUL 2 7 1999
HEIDI PAGAN
MICHAEL A. WEST
EVELYN ARROYO
MARIA RIVERA

I, Leon L. Bellamy, being duly sworn state the following is true and correct to the best of my knowledge and belief. From at least May, 1996 through at least January, 1998, in Hudson County, in the District of New Jersey and elsewhere, defendants JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, EVELYN ARROYO, and MARIA RIVERA

SEE ATTACHMENT A

in violation of Title 18, United States Code, Sections 371, and 2 and Title 8, United States Code, 1325(c).

I further state that I am a Special Agent of the United States Immigration & Naturalization Service and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____  SA
Leon L. Bellamy, Special Agent
U.S. Immigration & Naturalization Service

Sworn to before me and subscribed in my presence,

July ___, 1999 at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE
Signature of Judicial Officer

Certified as a true copy on
This Date: 1 2 7 0 5
By_____
( ) Clerk
( X ) Deputy

## ATTACHMENT A

From in or about May, 1996 through in or about January, 1998 in Hudson County in the District of New Jersey and elsewhere, defendants

JESUS PASCUAL CIGOLLEN
ELSA CIGOLLEN
THOMAS GARCIA
HEIDI PAGAN
MICHAEL A. WEST
EVELYN ARROYO
MARIA RIVERA

did knowingly and willfully conspire with each other and others to cause individuals to knowingly enter into marriages for the purpose of evading provision of the immigration laws, contrary to Title 8, Untied States Code, Section 1325(c) and Title 18, United States Code, Section 2.

## OVERT ACTS

In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts were committed:

1. In or about May, 1996, CLF (a US citizen) married JBC (an alien).

2. In or about August, 1996, RV (a US citizen) married EHR (an alien).

3. In or about March, 1997, JES (a US citizen) married LIB (an alien).

## ATTACHMENT B

I, Leon Bellamy, a Special Agent of the United States Immigration & Naturalization Service, having conducted an investigation and having spoken with other individuals have knowledge of the following facts:

1    At all times relevant to this complaint, defendant JESUS PASCUAL CIGOLLEN served as the owner and operator of Cigollen Travel Agency, located at 1718 Bergenline Avenue, Union City, New Jersey. Through Cigollen Travel, defendant CIGOLLEN engaged in the travel agency business. CIGOLLEN also used the travel agency to run a marriage service. Aliens, who wanted to obtain legal status in the United States, paid CIGOLLEN to find them U.S. citizens who would participate in a marriage ceremony, fill out INS paperwork, and answer INS questions in exchange for money. Despite their statements to the INS, the couples did not cohabitate and never intended to enter into a bona fide marriage.

2    At various times from 1996 through 1998, defendants HEIDI PAGAN and ELSA CIGOLLEN worked in the offices of Cigollen Travel Agency. At various times during those same dates defendants MARIA RIVERA, MICHAEL ANTHONY WEST, EVELYN ARROYO worked as "recruiters" and facilitators for defendant JESUS PASCUAL CIGOLLEN.

3    Defendants WEST, RIVERA and ARROYO identified U.S. citizens who, in exchange for money, agreed to marry aliens and apply for immigration benefits on their behalf. They also helped arrange and facilitate the marriages. After the citizens were recruited, defendant CIGOLLEN, with the aid of his office staff, arranged for the marriages, caused the appropriate Immigration & Naturalization Service ("INS") paperwork to be filled out, and coached the couple on how to respond to INS questions. Defendants WEST, RIVERA, and ARROYO were paid a commission for bringing US citizens to defendant CIGOLLEN. THOMAS GARCIA was employed by CIGOLLEN to escort and drive the couples to city hall and the church for the ceremony and to sham wedding receptions at which photos were taken for the purpose of presentation to the INS.

4    In or about May, 1996, defendant MICHAEL ANTHONY WEST asked CLF, a female United States citizen, if she would marry an alien in exchange for money. Once she agreed, CLF went with defendant GARCIA to City Hall and to a sham reception at which photographs were taken and at which CLF was paid $800. Defendant CIGOLLEN was present for the wedding at city hall, and he gave CLF an additional $200 after she appeared for an INS interview with her alien spouse JBC..

5    On or about July 17, 1996, a Form I-130, Petition for Alien Relative, was received by the INS. Form I-130 is a standardized form used by United States citizens who wish to help a relative, who is not a U.S. citizen, obtain the status of U.S. lawful permanent resident. In the Form I-130, CLF claimed that she was married to JBC, a native of Ecuador. This Form I-130, like all such forms, contained the following pre-printed warning above the signature of the petitioner:

You may, by law be imprisoned for not more than five years, or fined $250,000, or both for entering a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

Your certification: I certify, under penalty of perjury under the laws of the United Sates of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration & Naturalization Service needs to determine eligibility for the benefit that I am seeking.

6    Defendant HEIDI PAGAN notarized and translated several documents in the CLF/JBC file that were submitted to the INS. CLF never lived with JBC, never intended to live with him or otherwise hold herself out as married to JBC, and entered into the marriage for the sole purpose of receiving money in exchange for helping JBC obtain immigration benefits.

7    In or about August, 1996, defendant MARIA RIVERA met with RV, a male United States citizen (Petitioner II). RIVERA explained the fraudulent marriage process to RV and agreed to pay RV $800 on the day he married an alien and the rest of the payment after the INS interview. On or about August 7, 1996, RV married EHR at City Hall. Afterwards, defendants RIVERA, GARCIA and the couple (along with other couples engaged in the same activity) went to a sham reception at which defendant CIGOLLEN was present.

8    On or about January 14, 1998, a Form I-130, Petition for Alien Relative, was received by the INS. In the Form I-130, RV claimed that he was married to EHR, a native of Ecuador.

9    In or about March, 1997, LIB visited the Cigollen Travel Agency and agreed to pay ELSA CIGOLLEN $4500 to arrange a marriage to a US citizen and to submit documents to the INS. She paid $2500 up front and, pursuant to instructions by CIGOLLEN, went to city hall, along with her US spouse (JES) and several other CIGOLLEN couples, to apply for a marriage certificate. Defendant EVELYN ARROYO drove several couples there and helped facilitate the marriages.

10    On or about March 21, 1997, a Form I-130, Petition for Alien Relative, was received by the INS. JES claimed that he was married to LIB a native of Colombia.

1998R00107

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :       Hon. 99-465 (WHW)

              v.

JESUS PASCUAL CIGOLLEN,          :       18 U.S.C. §§ 371, 1001 and 2;
ELSA CIGOLLEN,                                   8 U.S.C. §§ 1325(c) and 1325(d)
THOMAS GARCIA,
  a/k/a "Ernesto Lasserra,"
HEIDI PAGAN,                             :
  a/k/a "Heidi Bolivar,"
  a/k/a "Rosemarie Cartagena,"
MICHAEL A. WEST,                                 INDICTMENT
  a/k/a "Jose Valderrama,"
CAROL ANN ACEVEDO,
  a/k/a "Maria Diaz,"
EVELYN ARROYO, and
MARIA RIVERA,
  a/k/a "Gloria Maria Rivera"

**FILED**

**AUG 1 9 1999**

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

## COUNT 1 – CONSPIRACY

### A. Introduction

    1.       The Immigration and Naturalization Service ("INS") is part of the executive branch of the United States Government. The INS is responsible for the administration and enforcement of the Immigration and Nationality Act ("The Act").

    2.       Pursuant to the Act and the related regulations, certain aliens may be permitted to reside and work in the United States. Those aliens classified as Lawful Permanent Residents ("LPRs") are permitted to work and reside in the United States indefinitely and may apply to become United States citizens.



Certified as a true copy on
This Date: 1-27-05
By _____
Clerk
Deputy

1

3.    The Act provides various methods for an eligible alien to obtain LPR status. One way in which an alien can become an LPR is by marrying a United States citizen. After marrying an alien, the United States citizen can petition the INS to grant his or her alien spouse LPR status.

4.    As part of the process of applying for LPR status for an alien spouse, a United States citizen must submit to the INS a Form I-130, entitled "Petition for Alien Relative," along with supporting forms and documentation. The Form I-130 requires the applicant to answer several questions about the citizen applicant as well as about the alien spouse. The INS uses the completed Form I-130, the accompanying documentation, as well as an interview of the applicant and the alien spouse, in deciding whether the alien spouse meets the qualifications to become an LPR.

5.    The INS will not approve a Form I-130, and will thus not grant lawful permanent resident status to an alien, on the basis of marriage to a United States citizen, if that alien's marriage was arranged solely for the purpose of obtaining permanent resident status and work authorization.

## B.  The Defendants and Entity

6.    At all times relevant to this Indictment, defendant JESUS PASCUAL CIGOLLEN was the owner and operator of Cigollen's Travel Agency, 1718 Bergenline Avenue, Union City, New Jersey.

7.    At times relevant to this Indictment:

a.  Defendant ELSA CIGOLLEN worked in the office of Cigollen Travel Agency.

b.  Defendant THOMAS GARCIA, a/k/a "Ernesto Lasserra," worked as a driver for defendant JESUS PASCUAL CIGOLLEN.

2

c. Defendant HEIDI PAGAN, a/k/a "Rosemarie Cartegena," a/k/a "Heidi Bolivar," worked in the office of Cigollen Travel Agency

d. Defendant MICHAEL A. WEST,  a/k/a "Jose Valderrama," was employed by defendant JESUS PASCUAL CIGOLLEN to recruit individuals to engage in sham marriages and to facilitate the marriages.

e. Defendant CAROL ANN ACEVEDO, a/k/a "Maria Diaz," was employed by defendant JESUS PASCUAL CIGOLLEN to recruit individuals to engage in sham marriages and to facilitate the marriages.

f. Defendant EVELYN ARROYO, a/k/a "Gloria Maria Rivera," was employed by defendant JESUS PASCUAL CIGOLLEN to recruit individuals to engage in sham marriages and to facilitate the marriages.

g. Defendant MARIA RIVERA, a/k/a "Gloria Maria Rivera," was employed by defendant JESUS PASCUAL CIGOLLEN to recruit individuals to engage in sham marriages and to facilitate the marriages.

## C. CONSPIRACY

8.     From at least in or about May, 1996 through at least in or about May, 1997, in

Hudson County, in the District of New Jersey and elsewhere, the defendants

JESUS PASCUAL CIGOLLEN,
ELSA CIGOLLEN,
THOMAS GARCIA, a/k/a "Ernesto Lassera,"
HEIDI PAGAN, a/k/a "Rosemarie Cartegena," a/k/a "Heidi Bolivar,"
MICHAEL A. WEST, a/k/a "Jose Valderrama,"
MARIA RIVERA, a/k/a "Gloria Maria Rivera,"
CAROL ANN ACEVEDO, a/k/a "Maria Diaz," and
EVELYN ARROYO

did knowing and willfully conspire and agree with one another and with others

(A)     to cause individuals to knowingly enter into marriages for the purpose of
evading a provision of the immigration laws, contrary to Title 8, United
States Code, Section 1325(c) and Title 18, United States Code, Section 2;
and

(B)     in matters within the jurisdiction of the executive branch of the Government
of the United States, namely the INS, to make materially false, fictitious,
and fraudulent statements and representations and use false writings
and documents knowing the same to contain materially false, fictitious and
fraudulent statements and entries, by submitting to the INS Form I-130s and
supporting documentation and statements containing false and fraudulent
information about the marital, financial, and/or residential status of the
citizens and aliens, contrary to Title 18, United States Code, Sections 1001
and 2.

## D. METHOD & MEANS

9.     It was part of the conspiracy that defendants JESUS PASCUAL CIGOLLEN,

CAROL A. ACEVEDO, EVELYN ARROYO, MARIA RIVERA, MICHAEL A. WEST and

others identified United States Citizens who, in exchange for money, agreed to marry aliens, to

assist in the submission of fraudulent documents to the INS and to make false statements to the

INS during an interview for the purpose of helping aliens obtain LPR status.

4

10.    It was further part of the conspiracy that defendants JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, and HEIDI PAGAN worked in the offices of Cigollen Travel Agency, matched the United States citizens with aliens for the purpose of facilitating the sham marriages, assisted them in completing and filing INS Form I-130's which contained false and fraudulent representations about their marital, financial and/or residential status, and prepared them for the INS interview.

11.    It was further part of the conspiracy that the aliens and the United States citizens participated in wedding ceremonies and  wedding receptions at which photographs were taken for later submission to the INS.

12.    It was further part of the conspiracy that defendant THOMAS GARCIA, working at the direction of defendant JESUS PASCUAL CIGOLLEN, drove the aliens and the United States citizens to the marriage ceremonies and to the receptions in order to create the false appearance that the ceremonies and celebrations were legitimate.

13.    It was further part of the conspiracy that defendant JESUS PASCUAL CIGOLLEN received money from the aliens in exchange for arranging their fraudulent marriages to United States Citizens and for assisting in the preparation of fraudulent claims for work authorization and lawful permanent resident status.

14.    It was further part of the conspiracy that defendant JESUS PASCUAL CIGOLLEN paid the U.S. citizens for marrying the aliens, assisting in the submission of fraudulent Form I-130s to the INS, and agreeing to make false statements to INS officials during the interviews.

5

## E. OVERT ACTS

15.    In furtherance of the conspiracy, and to effect its objects, the following overt acts were committed in the District of New Jersey and elsewhere:

### Sham Marriages

a.    On or about the dates set forth below, in the District of New Jersey and elsewhere, the defendants named below aided the citizens and aliens identified below in entering into sham marriages for the purpose of evading a provision of the immigration laws:

| | Defendants | US Citizen Petitioner | Alien | Approx. Date of Marriage |
|---|---|---|---|---|
| i. | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, a/k/a "Ernesto Lassera," and MICHAEL ANTHONY WEST, a/k/a "Jose Valderrama" | CLF | JBC | 5/2/96 |
| ii. | JESUS PASCUAL CIGOLLEN and THOMAS GARCIA, a/k/a "Ernesto Lassera" | LA | BR | 5/24/96 |
| iii. | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA , a/k/a "Ernesto Lassera," and ELSA CIGOLLEN | JAF | TAB | 1/29/97 |
| iv. | JESUS PASCUAL CIGOLLEN, MICHAEL ANTHONY WEST, a/k/a "Jose Valderrama," and MARIA RIVERA, a/k/a "Gloria Maria Rivera" | AYM | AA | 11/17/96 |
| v. | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | HL | MEQ | 3/10/97 |
| vi. | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | CA | LR | 2/16/97 |

6

| | | | | |
|---|---|---|---|---|
| vii. | JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, and EVELYN ARROYO | JES | LIB | 3/4/97 |
| viii. | JESUS PASCUAL CIGOLLEN and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | MLR | LHM | 2/17/97 |
| ix. | JESUS PASCUAL CIGOLLEN, CAROL ANN ACEVEDO, a/k/a "Maria Diaz," EVELYN ARROYO, and ELSA CIGOLLEN | EO | PGT | 3/11/97 |
| x. | JESUS PASCUAL CIGOLLEN, MARIA RIVERA, a/k/a "Gloria Maria Rivera," and THOMAS GARCIA, a/k/a "Ernesto Lassera" | RV | EHR | 8/7/96 |

### Fraudulent Submissions

16.    On or about the dates set forth below, in the District of New Jersey and elsewhere, the defendants named below aided in the preparation and caused the submission of documents to the INS which contained materially false and fraudulent information regarding the marital, financial and/or residential status of the citizens and aliens:

| | Defendants | US Citizen Petitioner | Alien Beneficiary | Date of INS Submission |
|---|---|---|---|---|
| i. | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, a/k/a "Ernesto Lassera," MICHAEL ANTHONY WEST, a/k/a "Jose Valderrama," and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | CLF | JBC | 7/12/96 |

| | | | | |
|---|---|---|---|---|
| ii | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, <br>   a/k/a "Ernesto Lassera," and <br> HEIDI PAGAN <br>   a/k/a "Heidi Bolivar," <br>   a/k/a "Rosemarie Cartegena" | LA | BR | 8/12/96 |
| iii. | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, <br>   a/k/a "Ernesto Lassera," <br> ELSA CIGOLLEN, and <br> HEIDI PAGAN, <br>   a/k/a "Heidi Bolivar," <br>   a/k/a "Rosemarie Cartegena" | JAF | TAB | 3/10/97 |
| iv. | JESUS PASCUAL CIGOLLEN, MICHAEL ANTHONY WEST, <br>   a/k/a "Jose Valderrama," and <br> MARIA RIVERA, <br>   a/k/a "Gloria Maria Rivera" | AYM | AA | 12/20/96 |
| v. | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | HL | MEQ | 4/3/97 |
| vi. | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | CA | LR | 5/9/97 |
| vii. | JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, and EVELYN ARROYO | JES | LIB | 3/21/97 |
| viii. | JESUS PASCUAL CIGOLLEN and HEIDI PAGAN, <br>   a/k/a "Heidi Bolivar," <br>   a/k/a "Rosemarie Cartegena" | MLR | LHM | 3/21/97 |
| ix. | JESUS PASCUAL CIGOLLEN, CAROL ANN ACEVEDO, <br>   a/k/a "Maria Diaz," <br> EVELYN ARROYO, and <br> ELSA CIGOLLEN | EO | PGT | 5/8/97 |

8

x.     JESUS PASCUAL CIGOLLEN,     RV          EHR          3/4/98
       MARIA RIVERA,
          a/k/a "Gloria Maria Rivera," and
       THOMAS GARCIA,
          a/k/a "Ernesto Lassera"

       In violation of Title 18, United States Code, Section 371.

## COUNTS 2-11
### Fraudulent INS Submissions

1.    Paragraphs 1 through 7 and 9 through 16 of Count 1 are hereby realleged and incorporated by reference as though set forth fully herein.

2.    On or about the dates set forth below, in the District of New Jersey and elsewhere, in matters within the jurisdiction of the executive branch of the Government of the United States, namely the INS, the defendants named below aided, abetted, counseled, commanded and induced the making of materially false, fictitious, and fraudulent statements and representations and the use of false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries by submitting to the INS Form I-130's and supporting documentation and statements containing false and fraudulent information about the marital, financial and/or residential status of the citizens and aliens named below:

| Count | Defendants | US Citizen Petitioner | Alien Beneficiary | Approx. Date of INS Submission |
|---|---|---|---|---|
| 2 | JESUS PASCUAL CIGOLLEN, MICHAEL ANTHONY WEST, a/k/a "Jose Valerrama," THOMAS GARCIA, a/k/a "Ernesto Lassera," and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | CLF | JBC | 7/12/96 |
| 3 | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, a/k/a "Ernesto Lassera," and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | LA | BR | 8/12/96 |

10

| 4 | JESUS PASCUAL CIGOLLEN, THOMAS GARCIA, a/k/a "Ernesto Lassera," ELSA CIGOLLEN, and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | JAF | TAB | 3/10/97 |
|---|---|---|---|---|
| 5 | JESUS PASCUAL CIGOLLEN, MICHAEL ANTHONY WEST, a/k/a "Jose Valerrama," and MARIA RIVERA, a/k/a "Glora Maria Rivera" | AYM | AA | 12/20/96 |
| 6 | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | HL | MEQ | 4/3/97 |
| 7 | JESUS PASCUAL CIGOLLEN and ELSA CIGOLLEN | CA | LR | 5/9/97 |
| 8 | JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, and EVELYN ARROYO | JES | LIB | 3/21/97 |
| 9 | JESUS PASCUAL CIGOLLEN and HEIDI PAGAN, a/k/a "Heidi Bolivar," a/k/a "Rosemarie Cartegena" | MLR | LHM | 3/21/97 |
| 10 | JESUS PASCUAL CIGOLLEN, CAROL ANN ACEVEDO, a/k/a "Maria Diaz," EVELYN ARROYO, and ELSA CIGOLLEN | EO | PGT | 5/8/97 |
| 11 | JESUS PASCUAL CIGOLLEN, MARIA RIVERA. a/k/a "Gloria Maria Rivera," and THOMAS GARCIA, a/k/a "Ernesto Lassera" | RV | EHR | 3/4/98 |

In violation of Title 18, United States Code, Sections 1001 and 2.

11

COUNT 12
Operating an Enterprise

1.   Paragraphs 1 through 7 and 9 through16 of Count 1 are hereby realleged and

incorporated by reference as though set forth fully herein

2.   From at least in or about May, 1996 through in or about May, 1997, in Hudson

County, in the District of New Jersey and elsewhere, the defendant

JESUS PASCUAL CIGOLLEN

did knowingly and wilfully establish a commercial enterprise for the purpose of evading a

provision of the immigration laws.

In violation of Title 8, United States Code, Section 1325(d) and Title 18, United States

Code, Section 2.

12

## COUNTS 13-21

### Fraudulent Submission In Defendants' Own Marriages

1.    Paragraphs 1 through 7 and 9 through 16 of Count 1 are hereby realleged and incorporated by reference as though set forth fully herein.

2.    On or about the dates set forth below, in the District of New Jersey and elsewhere, in matters within the jurisdiction of the executive branch of the Government of the United States, namely the INS, the defendants named below knowingly and wilfully made materially false, fictitious, and fraudulent statements and used false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries by submitting to the INS Form I-130's and supporting documentation and statements containing false and fraudulent information about their marital, financial, biographical and/or residential status and/or that of their alien "spouse":

| COUNT | US Citizen Defendant | Alien | Approx. Date of INS Submission |
|---|---|---|---|
| 13 | THOMAS GARCIA, a/k/a "Ernesto Lassera" | MMB | 6/25/96 |
| 14 | MICHAEL A. WEST, a/k/a "Jose Valderrama" | FA | 11/25/96 |
| 15 | EVELYN ARROYO | RC | 6/7/97 |
| 16 | CAROL ANN ACEVEDO, a/k/a "Maria P. Diaz" | EC | 12/4/96 |
| 17 | CAROL ANN ACEVEDO, a/k/a "Maria P. Diaz" | CMM | 5/15/97 |
| 18 | MARIA RIVERA, a/k/a "Gloria Maria Rivera" | AM | 7/2/96 |

13

| 19 | MARIA RIVERA,<br>a/k/a "Gloria Maria Rivera" | VC | 10/6/96 |
| 20 | HEIDI PAGAN,<br>a/k/a "Heidi Bolivar,"<br>a/k/a "Rosemarie Cartegena" | CAB | 11/23/96 |
| 21 | HEIDI PAGAN,<br>a/k/a "Heidi Bolivar,"<br>a/k/a "Rosemarie Cartegena" | KP | 10/3/97 |

In violation of Title 18, United States Code, Sections 1001 and 2.

A TRUE BILL

_____
FOREPERSON

_____
FAITH S. HOCHBERG
UNITED STATES ATTORNEY

14

CASE NUMBER: 1998R00107

# United States District Court
## District of New Jersey

### UNITED STATES OF AMERICA

v.

JESUS PASCUAL CIGOLLEN, ELSA CIGOLLEN, THOMAS GARCIA, HEIDI PAGAN, MICHAEL A. WEST, CAROL A. ACEVEDO, EVELYN ARROYO and MARIA RIVERA

## INDICTMENT FOR

18 U.S.C. §§ 371, 1001, & 2
8 U.S.C. § 1325

A True Bill,

_Foreperson_

**FAITH S. HOCHBERG**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

HOLLY K. KULKA
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2764*

USA-48AD 8
(Ed. 1/97)